UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                              CASE NO.: 13-17802-AJC
                                                                    Chapter 7
**ANTONIA A. DIAZ**

_____/

### DEBTOR'S OBJECTION TO TRUSTEE, MARIA M. YIP'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTIES VIA PRIVATE SALE PURSUANT TO 11 U.S.C. §363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)

Antonia A. Diaz (the "Debtor"), through counsel files this objection to Trustee, Maria M. Yip's Motion to Sell Estate's Interest in Real Properties via Private Sale Pursuant to 11 U.S.C. § 363(B), Fed R. Bankr. P. 6004(F) and Local Rule 6004-1(D) (the "Objection"), and in support thereof, states as follows:

1. This is a voluntary chapter 7 bankruptcy case.

2. As set forth in the Debtor's bankruptcy schedules, the Debtor is the owner of certain real properties commonly known as 1950 SW 123 Ave, Miami, FL 33175 and 2550 SW 123 Ave, Miami, FL 33175 (the "Properties"). The Debtor does not claim these properties as exempt.

3. One of the Properties is the Debtor's homestead.

4. The Buyer has agreed to pay the Trustee the sum of $11,000.00 per property for a total of $22,000.00 for both properties for the benefit of creditors, in exchange for the Trustee's conveyance of all of the Debtor's bankruptcy estate's right, title and interest in and to the Properties.

5. However, the amounts that the Buyer has agreed to pay do not satisfy either of the Mortgages for the Properties.

**WHEREFORE**, the Debtor respectfully requests a hearing on the Trustee's Motion to Sell Estate's Interest in Real Properties and awarding any additional relief as the Court deems just and appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 30, 2013, a true and correct copy of the foregoing document was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case and via U.S. Mail.

By: /s/ Stephen Morse
Stephen W. Morse, Esquire
Fla. Bar No.: 93260
Law Office of Ray Garcia, P.A.
14850 SW 26th Street, Suite 204
Miami, Florida 33185
Telephone: (305) 227-4030
Facsimile: (305) 223-9811
service@raygarcialaw.com

## SERVICE LIST

Maria M. Yip, Trustee
trustee@yipcpa.com

Michelle Garcia Gilbert on behalf of Creditor Colonial Savings Bank
mgilbert@gilbertgrouplaw.com, tbaron@gilbertgrouplaw.com, clawson@gilbertgrouplaw.com

Amber M Kourofsky on behalf of Creditor U.S. Bank National Association
bkfl@albertellilaw.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Scott R. Weiss, Esq on behalf of Creditor JPMORGAN CHASE BANK, N.A.
Scott.weiss@clegalgroup.com, Jairo.Garcia@clegalgroup.com, BKMailFromCourt@clegalgroup.com