

**ORDERED in the Southern District of Florida on August 22, 2013.**

_____

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

**Chapter: 7**

IN RE:

ANTONIA A DIAZ                                     Case Number: 13-17802-AJC

_____ /

### ORDER SUSTAINING IN PART AND DENYING IN PART DEBTOR'S OBJECTIONS TO TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTIES VIA PRIVATE SALE PURSUANT TO 11 U.S.C§363(B), FED R. BANKR.P. 6004(F) AND LOCAL RULE 6004-1(D).

THIS CAUSE having come before this Court on Debtor's Objections to Trustee's

Motion to Sell Estate's Interest in Real Properties via Private Sale Pursuant to 11

U.S.C.**§363(B), FED R. BANKR.P. 6004(F) AND LOCAL RULE 6004-1(D)**, it is

hereby **ORDERED AND ADJUDGED** that:

1. Debtor's Objections to Trustee's Motion to Sell Estate's Interest in Real Properties via Private Sale (Docket Entry 51) are SUSTAINED in part and DENIED in part.

2. Debtor's Objection as to Debtor's homestead property located at 1950 SW 123 Ave, Miami, FL 33175 is SUSTAINED.

3. Debtor's Objection as to property located at 2550 SW 123 Ave, Miami, FL 33175 is DENIED.

4. Trustee is authorized to sell the Estate's right, title and interest in property located at 2550 SW 123 Ave, Miami, FL 33175 pursuant to 11 U.S.C. § 363(b).

### 

**Submitted By:**
Ray Garcia, Esquire
Fla. Bar No.: 0115850
Law Office of Ray Garcia, P.A.
14850 SW 26th Street, Suite 204
Miami, Florida 33185
Telephone: (305) 227-4030
Facsimile:  (305) 223-9811

Ray Garcia, Esq., is hereby directed to mail a conformed copy to all creditors and Trustee Maria M. Yip.